IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **ABC IP, LLC**, a Delaware limited liability company, <br><br> and <br><br> **RARE BREED TRIGGERS, INC.**, a Texas corporation, <br><br>     Plaintiffs. <br><br>     v.- <br><br> **MARS TRIGGER, LLC**, a Texas limited liability company, <br><br>     Defendant. | CASE NO. 2:26-CV-00030-JRG |

## NOTICE OF MOTION TO TRANSFER AND CONSOLIDATE RELATED CASES

Pursuant to United States Judicial Panel on Multidistrict Litigation Rule of Procedure 4.1, Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc. (collectively "Plaintiffs") hereby provide notice regarding MDL proceedings pertinent to this case. *See In re: Super Safety Patent Litigation*, MDL No. 3176.

1. On December 23, 2025, defendants in related actions ("Movants") filed a Motion to Transfer for Coordination or Consolidation Under 28 U.S.C. § 1407 ("MDL Motion") before the Judicial Panel on Multidistrict Litigation ("Panel").

2. On January 13, 2026, Plaintiffs filed a Response to Defendants' Motion to Transfer for Coordination or Consolidation Under 28 U.S.C. § 1407 ("MDL Response") before the Panel.

3. On January 20, 2026, Movants filed a Reply in Support of Their Motion to Transfer for Coordination or Consolidation Under 28 U.S.C. § 1407 ("MDL Reply") before the Panel.

Copies of the MDL Motion, MDL Response, and MDL Reply and all attachments are attached hereto.

Dated: February 5, 2026

*Respectfully submitted,*

By: */s/ Matthew A. Colvin*
Matthew A. Colvin
Texas Bar No. 24087331
Carl E. Bruce
Texas Bar No. 24036278
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070
E-mail: colvin@fr.com
E-mail: bruce@fr.com

Ben Christoff (pro hac vice forthcoming)
DC Bar No.1025635
FISH & RICHARDSON P.C.
1000 Maine Ave, SW, Suite 100
Washington, DC 20024
(202) 783-5070
E-mail: christoff@fr.com

Glenn D. Bellamy
Ohio Bar No. 00700321
Wood Herron & Evans LLP
600 Vine Street, Suite 2800
Cincinnati OH 45202
Tel: (513) 707-0243
E-mail: gbellamy@whe-law.com

**Attorneys for Plaintiffs**
**ABC IP, LLC and Rare Breed Triggers, Inc.**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 5, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                                        */s/ Matthew A. Colvin*
                                                        Matthew A. Colvin