# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **ABC IP, LLC, a Delaware limited liability company,**<br><br>**RARE BREED TRIGGERS, INC., a Texas corporation,**<br><br>**and**<br><br>**RBTM LLC, a Wyoming limited liability company,**<br><br>**Plaintiffs.**<br><br>**v.-**<br><br>**MARS TRIGGER, LLC, a Texas limited liability company,**<br><br>**and**<br><br>**PETER BRENNEN, an individual,**<br><br>**Defendants.** | CASE NO. 2:26-cv-00030-ALM<br><br>**JURY TRIAL DEMANDED** |

**PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND**

Having considered Plaintiffs ABC IP, LLC and Rare Breed Triggers' Motion for Leave to Amend Complaint and good cause appearing, it is hereby ORDERED as follows:

The Motion for Leave is GRANTED.

**IT IS SO ORDERED.**