**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br>        Plaintiffs. <br><br> v.- <br><br> MARS TRIGGER LLC and PETER BRENNEN, <br><br>        Defendants. | Civil Action No. 2:26-cv-00030-ALM |

**PLAINTIFFS' NOTICE TO WITHDRAW, WITHOUT PREJUDICE, THEIR
CONSOLIDATED MOTION FOR PRELIMINARY INJUNCTION AS TO
<u>MARS TRIGGER LLC AND PETER BRENNEN</u>**

Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc. ("Plaintiffs") respectfully withdraw, without prejudice, their Consolidated Motion for Preliminary Injunction (No. 4:26-md-03176-ALM, Dkt. 7) as to MaRs Trigger LLC and Peter Brennen (collectively, the "MaRs Defendants").

The MaRs Defendants have represented by sworn declaration that they have stopped selling the accused Super Safety products—including individual components and the MP5 platform that incorporates them—through its website and all other channels, and has removed those products from its website. Dkt. 55, Brennen Decl. ¶¶ 5–7, 9. MaRs has further represented that it does not sell, and does not intend to sell, the ARC-Fire or Atrius Selector. *Id.* ¶ 11. MaRs has represented that it will refrain from selling the accused products during the pendency of this litigation unless the asserted patents are held not infringed, invalid, or unenforceable, or the products become available from a source authorized by Plaintiffs. *Id.* ¶ 10.

This withdrawal is without prejudice. Plaintiffs expressly reserve all rights to seek preliminary or other injunctive relief against the MaRs Defendants should circumstances change, including any resumed, renewed, or additional purchase, sale, offer for sale, or distribution of the accused products.

This withdrawal is limited to the MaRs Defendants only. Plaintiffs' Consolidated Motion for Preliminary Injunction remains pending as to all other Defendants.

1

DATED: July 24, 2026

Respectfully submitted,

/s/ Matthew A. Colvin
Matthew A. Colvin
Texas Bar No. 24087331
Carl E. Bruce
Texas Bar No. 24036278
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
E-mail: colvin@fr.com
        bruce@fr.com
Tel: (214) 747-5070
Fax: (214) 747-2091

Benjamin J. Christoff
DC Bar No. 1025635
**FISH & RICHARDSON P.C.**
1000 Maine Avenue SW, Suite 1000
Washington, DC 20024
E-mail: christoff@fr.com
Tel: (202) 783-5070
Fax: (202) 783-2331

Glenn D. Bellamy *(admitted pro hac vice)*
**WOOD HERRON & EVANS LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
E-mail: gbellamy@whe-law.com
Tel: (513) 707-0243
Fax: (513) 241-6234

Melissa R. Smith
Texas State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
E-mail: melissa@gillamsmithlaw.com

*Attorneys for Plaintiffs*
*ABC IP, LLC and Rare Breed Triggers, Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 24, 2026, to all counsel of record via electronic mail.

/s/ Matthew A. Colvin
Matthew A. Colvin