# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **MDL No. 4:26-md-03176-ALM** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MARS TRIGGER LLC and PETER BRENNEN, <br><br> Defendants. | Civil Action No. 2:26-cv-00030-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MISTER GUNS, LLC, THOMAS CARTER II, and BRANDI CARTER, <br><br> Defendants. | Civil Action No. 4:26-cv-00056-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PISTOLCAP LIMITED COMPANY, d/b/a FRISCO GUNS and MORDEKHAI HARROCH, <br><br> Defendants. | Civil Action No. 4:26-cv-00053-ALM |

| | |
|---|---|
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PROSOURCE FIREARMS, LLC, <br><br> Defendant. | Civil Action No. 4:26-cv-00055-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SUPERIOR FIREARMS OF TEXAS, LLC, <br><br> Defendant. | Civil Action No. 4:26-cv-00058-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> KRISTOPHER COPE, <br><br> Defendant. | Civil Action No. 2:26-cv-00033-ALM |
| ABC IP, LLC and RARE BREED TRIGGERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> 80MILLS LLC, d/b/a TACTICAL TITAN SUPPLY, and PEARSON GARDNER, <br><br> Defendants. | Civil Action No. 4:26-cv-00380-ALM |

| | |
|---|---|
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HANES TACTICAL, LLC and DAMION TERRELL BENNETT, <br><br> Defendants. | Civil Action No. 4:26-cv-00369-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HARRISON GUNWORKS LLC and TYLER HARRISON, <br><br> Defendants. | Civil Action No. 4:26-cv-00379-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN THANH NGUYEN, d/b/a POLYMER PEW, <br><br> Defendant. | Civil Action No. 4:26-cv-00425-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> Z3 PRODUCTIONS d/b/a Z3PRO, | Civil Action No. 4:26-cv-00367-ALM |

|  |  |
|---|---|
| Defendant. | |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OPTICS PLANET, INC., d/b/a ECENTRIA, <br><br> Defendant. | Civil Action No. 4:26-cv-00521-ALM |

**PLAINTIFFS' NOTICE TO WITHDRAW, WITHOUT PREJUDICE, THEIR MOTION FOR EXPEDITED DISCOVERY AS TO THE DEFENDANTS IDENTIFIED IN SCHEDULE A**

Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc. ("Plaintiffs") respectfully withdraw, without prejudice, their Motion for Expedited Discovery (the "Motion") as to the Defendants identified in the attached Schedule A.[1] Plaintiffs withdraw the Motion as to each group of Defendants for the reasons below.

First, Plaintiffs have withdrawn their Consolidated Motion for Preliminary Injunction as to MaRs Trigger LLC and Peter Brennen (the "MaRs Defendants"). *ABC IP, LLC v. Mars Trigger, LLC*, 2:26-cv-30, Dkt. 66. Because no preliminary injunction motion remains pending against the MaRs Defendants, Plaintiffs no longer seek expedited discovery from them. Sched. A., No. 1.

Second, Plaintiffs have proposed coordinating their preliminary-injunction proceedings against four Atrius resellers with the proceeding against the manufacturer, Atrius Development Group Corporation, Inc. ("Atrius"). *See, e.g.*, *Atrius Dev. Group Corp., Inc. v. ABC IP, LLC*, 4:26-cv-448, Dkt. 48. Under that proposal, Plaintiffs would seek expedited discovery only from Atrius. *Id.* at 2, 4–5. Plaintiffs therefore no longer seek expedited discovery from Mister Guns, LLC; Thomas Carter II; Brandi Carter; PistolCap Limited Company d/b/a Frisco Guns; Mordekhai Harroch; ProSource Firearms, LLC; or Superior Firearms of Texas, LLC. Sched. A, Nos. 2–5.

---

[1] This withdrawal does not extend to Defendants DNT d/b/a Deez Nutz Tactical and Zach Morrow (collectively, "DNT"). Although DNT did not oppose Plaintiffs' Consolidated Motion for Preliminary Injunction, DNT opposed Plaintiffs' Second Consolidated Motion for Preliminary Injunction. *ABC IP, LLC v. DNT LLC*, 4:26-cv-377, Dkt. 67. Plaintiffs maintain their requests for expedited discovery as to DNT under both the Motion and Plaintiffs' Second Consolidated Motion for Expedited Discovery filed July 2, 2026 via Notice of Joinder. *Id.*, Dkts. 49, 62.

1

Third, Plaintiffs no longer seek expedited discovery from Defendant Kristopher Cope. Plaintiffs therefore withdraw the Motion as to Mr. Cope. Sched. A., No. 6.

Fourth, Defendants Z3 Productions, LLC, d/b/a Z3 Pro; 80Mills LLC d/b/a Tactical Titan Supply; Pearson Gardner; Hanes Tactical, LLC; Damion Terrell Bennett; Harrison Gunworks, LLC; Tyler Harrison; and Steven Thanh Nguyen d/b/a Polymer Pew (the "Non-Opposing Defendants") did not oppose Plaintiffs' Consolidated Motion for Preliminary Injunction; Plaintiffs filed notices of non-opposition as to each. *See, e.g.*, *ABC IP, LLC v. Z3 Productions, LLC d/b/a Z3Pro*, 4:26-cv-367, Dkt. 64. The Consolidated Motion for Preliminary Injunction is ready for decision as to the Non-Opposing Defendants, and expedited discovery is thus unnecessary. Sched A., Nos. 7–11.

Fifth, Defendant Optics Planet, Inc. d/b/a Ecentria ("Optics Planet") did not timely respond to Plaintiffs' Consolidated Motion for Preliminary Injunction. Optics Planet later filed an untimely opposition. *ABC IP, LLC*, *v. Optics Planet, Inc., d/b/a Ecentria*, 4:26-cv-521, Dkt. 94. Plaintiffs moved to strike it. *See id.,* Dkt. 100. The Consolidated Motion for Preliminary Injunction is likewise ready for decision as to Optics Planet, and expedited discovery is unnecessary.[2] Sched. A., No. 12.

These withdrawals are without prejudice. Plaintiffs expressly reserve all rights to seek expedited or other discovery from any Defendant identified in Schedule A should circumstances change.

---

[2] Plaintiffs previo,usly withdrew, without prejudice, their request for expedited discovery as to Optics Planet related to Plaintiffs' motion for expedited discovery filed July 2, 2026. *ABC IP, LLC v. Optics Planet, Inc., d/b/a Ecentria*, Dkt. 97. No request for expedited discovery remains pending against Optics Planet.

## SCHEDULE A

| No. | Action | Dkt. | Defendants |
|---|---|---|---|
| 1 | *ABC IP, LLC v. MaRS Trigger, LLC*, Case No. 2:26-cv-00030-ALM | 35 | MaRS Trigger, LLC; Peter Brennen |
| 2 | *ABC IP, LLC v. Mister Guns, LLC*, Case No. 4:26-cv-00056-ALM | 42 | Mister Guns, LLC; Thomas Carter II; Brandi Carter |
| 3 | *ABC IP, LLC v. Pistolcap Ltd. Co.*, Case No. 4:26-cv-00053-ALM | 39 | Pistolcap Limited Company, d/b/a Frisco Guns; Mordekhai Harroch |
| 4 | *ABC IP, LLC v. ProSource Firearms, LLC*, Case No. 4:26-cv-00055-ALM | 39 | ProSource Firearms, LLC |
| 5 | *ABC IP, LLC v. Superior Firearms of Texas, LLC*, Case No. 4:26-cv-00058-ALM | 41 | Superior Firearms of Texas, LLC |
| 6 | *ABC IP, LLC v. Kristopher Cope*, Case No. 2:26-cv-00033-ALM | 23 | Kristopher Cope |
| 7 | *ABC IP, LLC v. Z3 Productions, LLC*, d/b/a Z3 Pro, Case No. 4:26-cv-00367-ALM | 52 | Z3 Productions, LLC, d/b/a Z3 Pro |
| 8 | *ABC IP, LLC v. 80Mills LLC*, Case No. 4:26-cv-00380-ALM | 47 | 80Mills LLC d/b/a Tactical Titan Supply; Pearson Gardner |
| 9 | *ABC IP, LLC v. Hanes Tactical, LLC*, Case No. 4:26-cv-00369-ALM | 47 | Hanes Tactical, LLC; Damion Terrell Bennett |
| 10 | *ABC IP, LLC v. Harrison Gunworks, LLC*, Case No. 4:26-cv-00379-ALM | 41 | Harrison Gunworks, LLC; Tyler Harrison |
| 11 | *ABC IP, LLC v. Steven Thanh Nguyen, d/b/a Polymer Pew*, Case No. 4:26-cv-00425-ALM | 34 | Steven Thanh Nguyen d/b/a Polymer Pew |
| 12 | *ABC IP, LLC v. Optics Planet, Inc., d/b/a Ecentria*, Case No. 4:26-cv-00521-ALM | 57 | Optics Planet, Inc. d/b/a Ecentria |

3

DATED: August 7, 2026                Respectfully submitted,

/s/ Matthew A. Colvin
Matthew A. Colvin
Texas Bar No. 24087331
Carl E. Bruce
Texas Bar No. 24036278
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
E-mail: colvin@fr.com
            bruce@fr.com
Tel: (214) 747-5070
Fax: (214) 747-2091

Benjamin J. Christoff (DC Bar No. 1025635)
**FISH & RICHARDSON P.C.**
1000 Maine Avenue SW, Suite 1000
Washington, DC 20024
E-mail: christoff@fr.com
Tel: (202) 783-5070
Fax: (202) 783-2331

Glenn D. Bellamy (admitted *pro hac vice*)
**WOOD HERRON & EVANS LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
E-mail: gbellamy@whe-law.com
Tel: (513) 707-0243
Fax: (513) 241-6234

Melissa R. Smith
Texas State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
E-mail: melissa@gillamsmithlaw.com

*Attorneys for Plaintiffs*
*ABC IP, LLC and Rare Breed Triggers, Inc.*

4

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 7, 2026 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.


<div align="center" style="margin-left:40%">

*/s/ Matthew A. Colvin*　　　　　　
Matthew A. Colvin

</div>

<div align="center">5</div>