**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-3176-ALM**<br>**MDL 3176** |
| **ABC IP, LLC, a Delaware limited liability company,**<br><br>**RARE BREED TRIGGERS, INC., a Texas corporation,**<br><br>**and**<br><br>**RBTM LLC, a Wyoming limited liability company,**<br><br>**Plaintiffs.**<br><br>**v.-**<br><br>**MARS TRIGGER, LLC, a Texas limited liability company,**<br><br>**and**<br><br>**PETER BRENNEN, an individual,**<br><br>**Defendants.** | CASE NO. 2:26-cv-00030-ALM<br><br>**JURY TRIAL DEMANDED** |

**ORDER**

Before the Court is Plaintiffs ABC IP, LLC and Rare Breed Triggers' Motion for Leave to File Second Amended Complaint (the "Motion for Leave" - Dkt. #27). The Court, having considered the Motion for Leave, response, reply, sur-reply, and the applicable law, finds that the Motion for Leave should be **GRANTED in part and DENIED in part,** as set forth herein.

It is hereby **ORDERED** that Plaintiffs' request to assert infringement of U.S. Patent No. 12,636,403 is **GRANTED.**

It is further **ORDERED** that Plaintiffs' request to add RBTM LLC as a Plaintiff is **DENIED.**

It is further **ORDERED** that Plaintiffs' request to add trademark, false designation of origin, and unfair competition claims is **DENIED.**

**IT IS SO ORDERED.**

**SIGNED this 17th day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE