**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| **ATRIUS DEVELOPMENT GROUP CORPORATION, INC.,**<br>Plaintiff,<br>v.<br>**ABC IP, LLC, RARE BREED TRIGGERS, INC., and LAWRENCE DEMONICO**<br>Defendants.<br><br>**ABC IP, LLC and RARE BREED TRIGGERS, INC.,**<br>Counterclaim-Plaintiffs,<br>v.<br>**ATRIUS DEVELOPMENT GROUP CORPORATION, INC., MALCOLM BROWN, GRANT SHAW, and RYAN SPADAFORE,**<br>Counterclaim-Defendants. | Civil Action No. 4:26-cv-00448-ALM |
| **ATRIUS DEVELOPMENT GROUP CORPORATION, INC.,**<br>Plaintiff,<br>v.<br>**ABC IP, LLC, and RARE BREED TRIGGERS, INC.,**<br>Defendants.<br><br>**ABC IP, LLC and RARE BREED TRIGGERS, INC.,**<br>Counterclaim-Plaintiffs,<br>v. | Civil Action No. 4:26-cv-00984-ALM |

| | |
|---|---|
| **ATRIUS DEVELOPMENT GROUP CORPORATION, INC., MALCOLM BROWN, GRANT SHAW, and RYAN SPADAFORE,**<br><br>Counterclaim-Defendants. | |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>80MILLS LLC, d/b/a TACTICAL TITAN SUPPLY, and PEARSON GARDNER,<br><br>Defendants. | Civil Action No. 4:26-cv-00380-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER COPE,<br><br>Defendant. | Civil Action No. 2:26-cv-00033-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>DNT LLC, d/b/a DEEZ NUTZ TACTICAL, and ZACH MORROW,<br><br>Defendants. | Civil Action No. 4:26-cv-00377-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs, | Civil Action No. 4:26-cv-00369-ALM |

| | |
|---|---|
| v.<br><br>HANES TACTICAL, LLC, and DAMION TERRELL BENNETT,<br><br>Defendants. | |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HARRISON GUNWORKS LLC, and TYLER HARRISON,<br><br>Defendants. | Civil Action No. 4:26-cv-00379-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MARS TRIGGER, LLC, and PETER BRENNEN,<br><br>Defendants. | Civil Action No. 2:26-cv-00030-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MISTER GUNS, LLC, THOMAS CARTER II, and BRANDI CARTER<br><br>Defendants. | Civil Action No. 2:26-cv-00056-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., | Civil Action No. 4:26-cv-00425-ALM |

| | |
|---|---|
| Plaintiffs,<br><br>v.<br><br>STEVEN THANH NGUYEN, d/b/a POLYMER PEW,<br><br>Defendant. | |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OPTICS PLANET, INC., d/b/a ECENTRIA,<br><br>Defendant. | Civil Action No. 4:26-cv-00521-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PISTOLCAP LIMITED COMPANY, d/b/a FRISCO GUNS, and MORDEKHAI HARROCH,<br><br>Defendants. | Civil Action No. 2:26-cv-00053-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PROSOURCE FIREARMS, LLC,<br><br>Defendant. | Civil Action No. 2:26-cv-00055-ALM |

| | |
|---|---|
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SUPERIOR FIREARMS OF TEXAS, LLC,<br><br>Defendant. | Civil Action No. 2:26-cv-00058-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>Z3 PRODUCTIONS, LLC, d/b/a Z3PRO,<br><br>Defendant. | Civil Action No. 4:26-cv-00367-ALM |

**UNOPPOSED MOTION TO EXTEND THE PARTIES' DEADLINE FOR SUBMITTING THE RULE 16.1(b) REPORT AND RELATED PROPOSED ORDERS**

Plaintiffs move to extend the October 1, 2026 deadline established by the Court's August 28, 2026 Order (Dkt. 42) for submitting the parties' Rule 16.1(b) report and related proposed orders. Defendants do not oppose. In support of this Motion, Plaintiffs respectfully state as follows:

On August 28, 2026, the Court entered an Order directing the parties to meet and confer regarding the matters identified in Federal Rule of Civil Procedure 16.1(b), the proposed discovery order, the proposed ESI order, and the proposed protective order by September 10, 2026. Dkt. 42 ¶ 1.

The Court further ordered the parties to submit the Rule 16.1(b) report and related proposed orders at least two weeks before the initial case management conference (*i.e.*, October 1, 2026) that is scheduled for October 15, 2026. Id. ¶¶ 2–3.

The parties have been conferring regarding the matters to be addressed in the joint Rule 16.1(b) report and related proposed orders. Those discussions remain ongoing, and the parties are continuing to confer in good faith to narrow remaining disputes and issues they believe may require the Court's consideration.

Accordingly, Plaintiffs request a brief extension of the October 1, 2026 deadline to Monday, October 5, 2026, to allow the parties two extra business days to continue their discussions and further narrow the issues and areas of dispute to be presented to the Court.

Good cause exists for the requested extension because the additional time will permit the parties to continue their efforts toward resolving or narrowing areas of disagreement and thereby streamline the matters requiring the Court's consideration.

This Motion is unopposed, made in good faith and not for purposes of delay.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Unopposed Motion and extend the deadline for submitting the joint Rule 16.1(b) report and related proposed orders

required by Dkt. 42 from October 1, 2026 to October 5, 2026, and grant such other and further relief to which the parties may be entitled.

DATED: October 1, 2026

Respectfully submitted,

*/s/ Matthew A. Colvin*

Matthew A. Colvin
Texas Bar No. 24087331
Carl E. Bruce
Texas Bar No. 24036278
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
E-mail: colvin@fr.com
bruce@fr.com
Tel: (214) 747-5070
Fax: (214) 747-2091

Benjamin J. Christoff
DC Bar No. 1025635
**FISH & RICHARDSON P.C.**
1000 Maine Avenue SW, Suite 1000
Washington, DC 20024
E-mail: christoff@fr.com
Tel: (202) 783-5070
Fax: (202) 783-2331

Oliver J. Richards
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Suite 400
San Diego, CA 92130
E-mail: ojr@fr.com
Tel: (858) 678-5070
Fax: (858) 678-5099

Glenn D. Bellamy *(admitted pro hac vice)*
**WOOD HERRON & EVANS LLP**
600 Vine Street, Suite 2800
Cincinnati OH 45202
E-mail: gbellamy@whe-law.com
Tel: (513) 707-0243
Fax: (513) 241-6234

Melissa R. Smith
Texas State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
E-mail: melissa@gillamsmithlaw.com

*Attorneys for Plaintiffs*
*ABC IP, LLC and Rare Breed Triggers, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 1, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Matthew A. Colvin*
Matthew A. Colvin

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rules CV-7(h) and (i), counsel for the parties met and conferred telephonically on September 14, September 28, and September 30, and electronically on October 1. The parties discussed their competing positions on draft joint Rule 16.1(b) report and related proposed orders required by Dkt. 42, and about the relief sought in this motion. Counsel for Defendants have indicated they do not oppose the relief sought in this motion.

*/s/ Matthew A. Colvin*
Matthew A. Colvin