**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| In Re: Rare Breed Triggers Patent Litigation | 4:26-md-03176-ALM<br>MDL 3176 |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>80MILLS LLC, d/b/a TACTICAL TITAN SUPPLY, and PEARSON GARDNER,<br>Defendants. | Civil Action No. 4:26-cv-00380-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>AS DESIGNS, LLC, MATTHEW S. KARLOVIC, CALVIN OLSON, and JOHN DOE,<br>Defendants. | Civil Action No. 4:26-cv-00370-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>DAIRYLAND DEFENSE SOLUTIONS LLC, and GAVEN L. POCZEKAJ, SR.,<br>Defendants. | Civil Action No. 4:26-cv-00374-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>DNT LLC, d/b/a DEEZ NUTZ TACTICAL, and ZACH MORROW, | Civil Action No. 4:26-cv-00377-ALM |

| | |
|---|---|
| Defendants. | |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>HANES TACTICAL, LLC, and DAMION TERRELL BENNETT,<br>Defendants. | Civil Action No. 4:26-cv-00369-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>HARRISON GUNWORKS LLC, and TYLER HARRISON,<br>Defendants. | Civil Action No. 4:26-cv-00379-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>MARS TRIGGER, LLC, and PETER BRENNEN,<br>Defendants. | Civil Action No. 2:26-cv-00030-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>MISTER GUNS, LLC, THOMAS CARTER II, and BRANDI CARTER,<br>Defendants. | Civil Action No. 2:26-cv-00056-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs, | Civil Action No. 4:26-cv-00425-ALM |

| | |
|---|---|
| v.<br>STEVEN THANH NGUYEN, d/b/a POLYMER PEW,<br>Defendant. | |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>OPTICS PLANET, INC., d/b/a ECENTRIA,<br>Defendant. | Civil Action No. 4:26-cv-00521-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>PEAK TACTICAL, LLC, d/b/a PARTISAN TRIGGERS, and NICHOLAS NORTON,<br>Defendants. | Civil Action No. 4:26-cv-00698-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>PISTOLCAP LIMITED COMPANY, d/b/a FRISCO GUNS, and MORDEKHAI HARROCH,<br>Defendants. | Civil Action No. 2:26-cv-00053-ALM |

| | |
|---|---|
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>Z3 PRODUCTIONS, LLC, d/b/a Z3PRO,<br>Defendant. | Civil Action No. 4:26-cv-00367-ALM |

**PLAINTIFFS' UNOPPOSED MOTION TO STAY DEADLINES RELATING TO AMENDED COMPLAINTS PENDING THE RULE 16.1 INITIAL MANAGEMENT CONFERENCE**

Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc. (collectively, "Plaintiffs") respectfully move under Federal Rules of Civil Procedure 6(b)(1) and 15(a)(3) to stay the deadlines relating to the amended complaints in the above-captioned member actions (the "Member Actions") until after the Rule 16.1 initial management conference set for October 15, 2026 (the "Initial Management Conference"), and any further guidance from the Court. Dkt. 42 ¶ 2. Defendants in the Member Actions ("Defendants") do not oppose this Motion. Plaintiffs request an order that:

(a) suspends any requirement or deadline for Plaintiffs to file amended complaints in the Member Actions, including amended complaints that conform to the Court's September 17, 2026, orders in the Member Actions in which leave was granted in part and denied in part;

(b) holds in abeyance all Defendants' deadlines to answer, move, or otherwise respond to any amended complaint in the Member Actions, including responses that were due October 1, 2026, until after the Initial Management Conference and any further guidance from the Court;

(c) provides that Plaintiffs will then file amended complaints consistent with the Court's guidance, and that Defendants will respond within the time set by Federal Rule of Civil Procedure 15(a)(3); and

(d) is without prejudice to any party's claims, defenses, or positions, including any defense under Federal Rule of Civil Procedure 12(b).

## I. BACKGROUND

On May 26 and 27, 2026, Plaintiffs moved for leave to file amended complaints in thirteen of the Member Actions, and on June 26, 2026, they moved for leave to file an amended complaint in the fourteenth (No. 4:26-cv-00698). *See* Table 1, *infra*. Several of those motions sought, among other things, to add RBTM LLC as a plaintiff asserting trademark-related claims, to add claims directed to newly discovered accused products, or to add claims against additional defendants. *See, e.g.*, No. 4:26-cv-00425, Dkt. 26 at 1.

On September 17, 2026, the Court ruled on all fourteen motions. In eight Member Actions, the Court granted leave in full. In the other six, the Court granted leave in part and denied it in part: it permitted Plaintiffs to assert additional patents, but denied leave to add RBTM LLC as a plaintiff and to assert trademark, false designation of origin, and unfair competition claims (Nos. 2:26-cv-00030, 4:26-cv-00377, 4:26-cv-00379, 4:26-cv-00425, and 4:26-cv-00521), to add claims related to newly discovered accused products (Nos. 4:26-cv-00377, 4:26-cv-00379, 4:26-cv-00425, and 4:26-cv-00521), and to add claims against additional defendants (No. 4:26-cv-00698). Table 1 lists each Member Action, motion, order, and outcome.[1]

---

[1] Plaintiffs' motions for leave to file amended complaints remain pending in two other member actions in this MDL: *ABC IP, LLC v. ProSource Firearms, LLC*, No. 2:26-cv-00055 (Dkt. 25),

**Table 1. Member Actions and the Court's September 17, 2026 Orders**

| Member Action | Civil Action No. | Motion for Leave (Dkt.) | Order (Dkt.) | Outcome |
|---|---|---|---|---|
| *ABC IP, LLC v. 80Mills LLC* | 4:26-cv-00380-ALM | 38 (May 26, 2026) | 80 | Granted |
| *ABC IP, LLC v. AS Designs, LLC* | 4:26-cv-00370-ALM | 38 (May 26, 2026) | 82 | Granted |
| *ABC IP, LLC v. Dairyland Defense Solutions LLC* | 4:26-cv-00374-ALM | 18 (May 26, 2026) | 23 | Granted |
| *ABC IP, LLC v. DNT LLC* | 4:26-cv-00377-ALM | 41 (May 27, 2026) | 90 | Granted in part; denied in part |
| *ABC IP, LLC v. Hanes Tactical, LLC* | 4:26-cv-00369-ALM | 37 (May 26, 2026) | 80 | Granted |
| *ABC IP, LLC v. Harrison Gunworks LLC* | 4:26-cv-00379-ALM | 33 (May 27, 2026) | 74 | Granted in part; denied in part |
| *ABC IP, LLC v. MaRs Trigger, LLC* | 2:26-cv-00030-ALM | 27 (May 27, 2026) | 68 | Granted in part; denied in part |
| *ABC IP, LLC v. Mister Guns, LLC* | 2:26-cv-00056-ALM | 28 (May 26, 2026) | 84 | Granted |
| *ABC IP, LLC v. Nguyen* | 4:26-cv-00425-ALM | 26 (May 27, 2026) | 70 | Granted in part; denied in part |
| *ABC IP, LLC v. Optics Planet, Inc.* | 4:26-cv-00521-ALM | 49 (May 27, 2026) | 131 | Granted in part; denied in part |
| *ABC IP, LLC v. Peak Tactical, LLC* | 4:26-cv-00698-ALM | 72 (June 26, 2026) | 119 | Granted in part; denied in part |
| *ABC IP, LLC v. PistolCap Limited Company* | 2:26-cv-00053-ALM | 25 (May 26, 2026) | 81 | Granted |
| *ABC IP, LLC v. Z3 Productions, LLC* | 4:26-cv-00367-ALM | 44 (May 26, 2026) | 84 | Granted |

and *ABC IP, LLC v. Superior Firearms of Texas, LLC*, No. 2:26-cv-00058 (Dkt. 27). This Motion does not seek relief in those actions.

Under Local Rule CV-7(k), when a motion for leave to file is granted, "the document will be deemed to have been filed as of the original date of its filing," and "[t]he time for filing any responsive documents will run from the date of the order on the motion for leave." L.R. CV-7(k); *see* Fed. R. Civ. P. 15(a)(3). As a result, in the eight Member Actions in which the Court granted leave in full, Defendants' responses to the amended complaints were due October 1, 2026. In the six Member Actions in which the Court granted leave only in part, Plaintiffs must file amended complaints that conform to the Court's orders.

The Court has set the Initial Management Conference for October 15, 2026, and directed the parties to submit their Rule 16.1(b) report by October 1, 2026. Dkt. 42 ¶¶ 2–3. The Court has since extended that deadline to October 5, 2026. Oral Order (Oct. 2, 2026). In that report, Plaintiffs will ask the Court to address at the conference the scope of the amended pleadings, including how the trademark claims and newly accused products should proceed and how amendments common to multiple Member Actions should be presented. Because the Court's guidance will determine the operative pleadings, it would be inefficient for Defendants to prepare responses, or for Plaintiffs to file conforming complaints, before the conference.

On September 30, 2026, counsel for Plaintiffs and counsel for Defendants conferred by telephone, and Defendants agreed to the relief requested in this Motion. *See* Certificate of Conference, *infra*.

## II. GOOD CAUSE EXISTS FOR THE REQUESTED RELIEF

When an act must be done within a specified time, the Court "may, for good cause, extend the time . . . on motion made after the time has expired if the party failed to act because of excusable neglect." Fed. R. Civ. P. 6(b)(1)(B). Rule 15(a)(3) likewise sets the time to respond to an amended pleading "[u]nless the court orders otherwise." Fed. R. Civ. P. 15(a)(3). Defendants'

October 1 deadline passed while the parties were completing this agreed request. Plaintiffs proposed the relief to Defendants on September 30, the parties discussed it by telephone that day, and Plaintiffs circulated this Motion on October 1. Counsel for Defendants confirmed their consent in writing on October 1 and 2, and Plaintiffs filed this Motion the same day the last consent arrived. The delay is one day, no party is prejudiced, and the request is made in good faith.

Good cause exists. The Court's guidance at the Initial Management Conference will shape the operative pleadings across the Member Actions, including whether common amendments should be presented through consolidated pleadings. Under the current deadlines, Defendants in eight Member Actions must answer or move against amended complaints by October 1, and Plaintiffs must file conforming complaints in the other six—all shortly before the Court addresses the questions that will determine what those pleadings should contain. A brief pause avoids duplicative pleadings and Rule 12 motion practice across many Member Actions, conserves the resources of the parties and the Court, and allows the Court to address the scope of the pleadings across the MDL at one time.

The requested relief is also limited, and Defendants do not oppose it. It lasts only until the Court provides guidance at or after the October 15 conference. No party will be prejudiced: once Plaintiffs file amended complaints consistent with the Court's guidance, Defendants will have the full response period that Rule 15(a)(3) provides, and the requested order preserves every party's claims, defenses, and positions, including any defense under Rule 12(b).

## III. CONCLUSION

For these reasons, Plaintiffs respectfully request that the Court grant this unopposed Motion and enter the accompanying proposed order, which (a) suspends any requirement or

deadline for Plaintiffs to file amended complaints in the Member Actions, including conforming amended complaints; (b) holds in abeyance all Defendants' deadlines to answer, move, or otherwise respond to any amended complaint in the Member Actions, including responses that were due October 1, 2026, until after the Initial Management Conference and any further guidance from the Court; (c) provides that Plaintiffs will then file amended complaints consistent with the Court's guidance and that Defendants will respond within the time set by Rule 15(a)(3); and (d) is without prejudice to any party's claims, defenses, or positions, including any Rule 12(b) defense.

DATED: October 2, 2026

Respectfully submitted,

*/s/ Matthew A. Colvin*

Matthew A. Colvin
Texas Bar No. 24087331
Carl E. Bruce
Texas Bar No. 24036278
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
E-mail: colvin@fr.com
bruce@fr.com
Tel: (214) 747-5070
Fax: (214) 747-2091

Benjamin J. Christoff (DC Bar No. 1025635)
**FISH & RICHARDSON P.C.**
1000 Maine Avenue SW, Suite 1000
Washington, DC 20024
E-mail: christoff@fr.com
Tel: (202) 783-5070
Fax: (202) 783-2331

Oliver J. Richards
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Suite 400
San Diego, CA 92130
E-mail: ojr@fr.com
Tel: (858) 678-5070
Fax: (858) 678-5099

Glenn D. Bellamy (pro hac vice forthcoming)
**WOOD HERRON & EVANS LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
E-mail: gbellamy@whe-law.com
Tel: (513) 707-0243
Fax: (513) 241-6234

Melissa R. Smith
Texas State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
E-mail: melissa@gillamsmithlaw.com

*Attorneys for Plaintiffs*
*ABC IP, LLC and Rare Breed Triggers, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 2, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Matthew A. Colvin*
Matthew A. Colvin

**CERTIFICATE OF CONFERENCE**

Counsel for Plaintiffs has complied with the meet-and-confer requirement in Local Rule CV-7(h). On September 30, 2026, counsel for Plaintiffs conferred by telephone with counsel for Defendants in the above-captioned actions. Defendants agreed to the relief requested in this Motion, and the Motion is unopposed.

*/s/ Matthew A. Colvin*
Matthew A. Colvin