**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| **This document pertains to:** | |
| *ABC IP, LLC, et al. v. 2NINJA LLC, et al.* | **Civil Action No. 4:26-cv-01106-ALM** |
| *ABC IP, LLC, et al. v. 2A Optics LLC, et al.* | **Civil Action No. 4:26-cv-01449-ALM** |
| *ABC IP, LLC, et al. v. 80MILLS LLC, d/b/a TACTICAL TITAN SUPPLY, et al.* | **Civil Action No. 4:26-cv-00380-ALM** |
| *ABC IP, LLC, et al. v. 810VELOCITY et al.* | **Civil Action No. 4:26-cv-01255-ALM** |
| *ABC IP, LLC, et al. v. ADVANCED THREAT ASSESSMENT et al.* | **Civil Action No. 4:26-cv-00801-ALM** |
| *ABC IP, LLC, et al. v. AESIR LLC d/b/a RESET NINJA et al.* | **Civil Action No. 4:26-cv-01252-ALM** |
| *ABC IP, LLC, et al. v. AR-15 GUN OWNERS OF AMERICA, INC.* | **Civil Action No. 4:26-cv-00761-ALM** |
| *ABC IP, LLC, et al. v. AREA 43 LLC, et al.* | **Civil Action No. 4:26-cv-01092-ALM** |
| *ABC IP LLC, et al. v. AREA 51 PRODUCTS LLC et al.* | **Civil Action No. 4:26-cv-01121-ALM** |
| *ABC IP, LLC, et al. v. ARGENT WOLFZ, et al.* | **Civil Action No. 4:26-cv-01069-ALM** |
| *ABC IP, LLC, et al. v. AR-TT, LLC d/b/a TAKEDOWN TOOLS; et al.* | **Civil Action No. 4:26-cv-00693-ALM** |
| *ABC IP, LLC, et al. v. ANTONIO CHOUKAIR d/b/a ASTRO TACTICAL* | **Civil Action No. 4:26-cv-00755-ALM** |
| *ABC IP, LLC, et al. v. AS DESIGNS et al.* | **Civil Action No. 4:26-cv-00370-ALM** |

| | |
|---|---|
| *ABC IP, LLC, et al. v. ATLANTIC FIREARMS et al.* | **Civil Action No. 4:26-cv-00926-ALM** |
| *ATRIUS DEVELOPMENT GROUP CORPORATION, INC. v. ABC IP, LLC et al.* | **Civil Action No. 4:26-cv-00448-ALM** |
| *ATRIUS DEVELOPMENT GROUP CORPORATION, INC. v. ABC IP, LLC et al.* | **Civil Action No. 4:26-cv-00984-ALM** |
| *ABC IP, LLC, et al. v. BARRICADE, LLC, d/b/a BARRICADE TACTICAL, et al.* | **Civil Action No. 4:26-cv-00320-ALM** |
| *ABC IP, LLC, et al. v. BEAR ARMS, et al.* | **Civil Action No. 4:26-cv-01191-ALM** |
| *ABC IP, LLC, et al. v. BILSON ARMS LLC, et al.* | **Civil Action No. 4:26-cv-01134-ALM** |
| *ABC IP, LLC, et al. v. BRANDON HIATT d/b/a WICK DESIGNS* | **Civil Action No. 4:26-cv-01067-ALM** |
| *ABC IP, LLC, et al. v. BRANDON SMITH d/b/a SMOKEY POINT 2A, et al.* | **Civil Action No. 4:26-cv-01021-ALM** |
| *ABC IP, LLC, et al. v. BSSQUIRTS, et al.* | **Civil Action No. 4:26-cv-01070-ALM** |
| *ABC IP, LLC, et al. v. JACOB RUSTY BURSE d/b/a SHACKLEFORD'S FRT* | **Civil Action No. 4:26-cv-00833-ALM** |
| *ABC IP, LLC, et al. v. CACTUS AMMO LLC AND GRANT WILLIAM BOURNE* | **Civil Action No. 4:26-cv-00998-ALM** |
| *ABC IP, LLC, et al. v. CANUCK TACTICAL LLC, d/b/a RANGESPORT AMERICA LLC* | **Civil Action No. 4:26-cv-00705-ALM** |
| *ABC IP, LLC et al v. CF TACTICAL INC..* | **Civil Action No. 4:26-cv-00757-ALM** |
| *ABC IP, LLC, et al. v. CLOAK INDUSTRIES, INC., et al.* | **Civil Action No. 4:26-cv-00608-ALM** |
| *ABC IP, LLC, et al. v. COMBAT ARMORY, et al.* | **Civil Action No. 4:26-cv-01129-ALM** |
| *ABC IP, LLC, et al. v. CORNFIRE ARSENAL LLC* | **Civil Action No. 4:26-cv-01370-ALM** |
| *ABC IP, LLC et al v. DAIRYLAND DEFENSE SOLUTIONS, LLC* | **Civil Action No. 4:26-cv-00374-ALM** |

| | |
|---|---|
| *ABC IP, LLC, et al. v. RYAN DAVIS d/b/a 701 BOOMSTICKS* | **Civil Action No. 4:26-cv-01125-ALM** |
| *ABC IP, LLC, et al. v. DIRTY BIRD INDUSTRIES, et al.* | **Civil Action No. 4:26-cv-01013-ALM** |
| *ABC IP, LLC et al v. DNT LLC, d/b/a DEEZ NUTZ TACTICAL,* | **Civil Action No. 4:26-cv-00377-ALM** |
| *ABC IP, LLC et al v. DOGWOOD ARMORY ET AL.* | **Civil Action No. 4:26-cv-00760-ALM** |
| *ABC IP, LLC et al v. DUNEDIN HOLDING LLC d/b/a/ Mid-TIER DEFENSE* | **Civil Action No. 4:26-cv-00940-ALM** |
| *ABC IP, LLC, et al. v. EAST COAST CERAKOTE, et al.* | **Civil Action No. 4:26-cv-00831-ALM** |
| *ABC IP, LLC et al. v. EAST VALLEY TACTICAL et al.* | **Civil Action No. 4:26-cv-00996-ALM** |
| *ABC IP, LLC et al v. ELEANOR ARMORY, LLC, et al.* | **Civil Action No. 4:26-cv-00915-ALM** |
| *ABC IP, LLC, et al. v. EYE CANDY, et al.* | **Civil Action No. 4:26-cv-01124-ALM** |
| *ABC IP, LLC, et al. v. CLIFF FARRINGTON d/b/a MYTH INDUSTRIES* | **Civil Action No. 4:26-cv-01445-ALM** |
| *ABC IP, LLC et al v. JOHN FAULKNER dba FIREARMS DEPOT* | **Civil Action No. 4:26-cv-00847-ALM** |
| *ABC IP, LLC, et al. v. FAST FORWARD TACTICAL LLC, et al.* | **Civil Action No. 4:26-cv-01220-ALM** |
| *ABC IP, LLC, et al. v. FIREARMS DIRECT CLUB LLC, et al.* | **Civil Action No. 4:26-cv-01120-ALM** |
| *ABC IP, LLC, et al v. FIREARM SYSTEMS LLC d/b/a FIREARM SYSTEMS, et al.* | **Civil Action No. 4:26-cv-00695-ALM** |
| *ABC IP, LLC, et al v. FREEDOM UNLIMITED GROUP, et al.* | **Civil Action No. 4:26-cv-01071-ALM** |

| | |
|---|---|
| *ABC IP, LLC et al v. DAVID FRESHWATER d/b/a IDAHO ARMS & AMMO* | **Civil Action No. 4:26-cv-00930-ALM** |
| *ABC IP, LLC, et al. v. FUDD ARMS LLC* | **Civil Action No. 4:26-cv-01394-ALM** |
| *ABC IP, LLC et al v. GALACTIC OUTFITTERS et al.* | **Civil Action No. 4:26-cv-01254-ALM** |
| *ABC IP, LLC et al. v. GDI-3D LLC* | **Civil Action No. 4:26-cv-00822-ALM** |
| *ABC IP, LLC, et al. v. GEARFIRE LLC, et al.* | **Civil Action No. 4:26-cv-01137-ALM** |
| *ABC IP, LLC et al v. GEN X ARMS & GUNWORK'S LLC et al.* | **Civil Action No. 4:26-cv-00845-ALM** |
| *ABC IP, LLC et al v. GERONIMO ARMS et al.* | **Civil Action No. 4:26-cv-01253-ALM** |
| *ABC IP, LLC et al. v. GRABAGUN LLC* | **Civil Action No. 4:26-cv-00810-ALM** |
| *ABC IP, LLC, et al. v. GREY MARKET RESEARCH* | **Civil Action No. 4:26-cv-01448-ALM** |
| *ABC IP, LLC et al. v. GUN BUILDERS DEPOT, LLC, et al.* | **Civil Action No. 4:26-cv-00753-ALM** |
| *ABC IP, LLC, et al. v. HANES TACTICAL, LLC,* | **Civil Action No. 4:26-cv-00369-ALM** |
| *ABC IP, LLC, et al. v. HARRISON GUNWORKS LLC, et al.* | **Civil Action No. 4:26-cv-00379-ALM** |
| *ABC IP, LLC, et al. v. HAYES ARMS LLC, et al.* | **Civil Action No. 4:26-cv-01411-ALM** |
| *ABC IP, LLC, et al. v. HK PARTS* | **Civil Action No. 4:26-cv-01045-ALM** |
| *ABC IP, LLC, et al. v. HOFFMAN* | **Civil Action No 4:26-cv-00378-ALM** |
| *ABC IP, LLC et al. v. INOCULUM GROUP et al.* | **Civil Action No. 4:26-cv-00945-ALM** |
| *ABC IP, LLC, et al. v. JOSH JOURDAN d/b/a TRIGGER MAN* | **Civil Action No. 4:26-cv-01127-ALM** |
| *ABC IP, LLC et al. v. JESSE T. KLINE* | **Civil Action No. 4:26-cv-00958-ALM** |

| | |
|---|---|
| *ABC IP, LLC et al. v. LAM SOLUTIONS, MATTHEW LAM AND NATE LAM* | **Civil Action No. 4:26-cv-00997-ALM** |
| *ABC IP, LLC et al. v. MAD RIVER FIREARM CO et al.* | **Civil Action No. 4:26-cv-00736-ALM** |
| *ABC IP, LLC, et al v. MARS TRIGGER, LLC et al.* | **Civil Action No. 2:26-cv-00030-ALM** |
| *ABC IP, LLC, et al. v. MAS DEFENSE LLC, et al.* | **Civil Action No. 4:26-cv-01455-ALM** |
| *ABC IP, LLC, et al. v. MERCIER & SONS LLC, et al.* | **Civil Action No. 4:26-cv-01030-ALM** |
| *ABC IP, LLC, et al. v. MGCC ENTERPRISES* | **Civil Action No. 4:26-cv-01068-ALM** |
| *ABC IP, LLC et al. v. MID SOUTH ARMS et al.* | **Civil Action No. 4:26-cv-01251-ALM** |
| *ABC IP, LLC, et al. v. MIDNIGHT ARSENAL BOX LLC, et al.* | **Civil Action No. 4:26-cv-01130-ALM** |
| *ABC IP, LLC, et al. v. MIDNIGHT MACHINE LLC, et al.* | **Civil Action No. 4:26-cv-01126-ALM** |
| *ABC IP, LLC et al. v. MIST DISTRIBUTORS LLC, et al.* | **Civil Action No. 4:26-cv-01011-ALM** |
| *ABC IP, LLC, et al. v. MISTER GUNS, LLC, et al.* | **Civil Action No. 2:26-cv-00056-ALM** |
| *ABC IP, LLC, et al. v. MUFFINTOP TACTICAL* | **Civil Action No. 4:26-cv-01277-ALM** |
| *ABC IP, LLC, et al. v. STEVEN THANH NGUYEN, d/b/a POLYMER PEW* | **Civil Action No. 4:26-cv-00425-ALM** |
| *ABC IP, LLC, et al. v. NOCTURNAL APPAREL-VUKANOVICH* | **Civil Action No. 4:26-cv-01235-ALM** |
| *ABC IP, LLC et al. v. NSPEC INNOVATIONS, LLC, et al.* | **Civil Action No. 4:26-cv-00948-ALM** |
| *ABC IP, LLC et al. v. ODIN WORKS, INC., et al.* | **Civil Action No. 4:26-cv-01091-ALM** |

| | |
|---|---|
| *ABC IP, LLC, et al. v. OLDE ENGLISH OUTFITTERS* | **Civil Action No. 4:26-cv-00932-ALM** |
| *ABC IP, LLC, et al. v. ONE HORSE, et al.* | **Civil Action No. 4:26-cv-01065-ALM** |
| *ABC IP, LLC, et al v. OPTICS PLANET, INC., d/b/a ECENTRIA* | **Civil Action No. 4:26-cv-00521-ALM** |
| *ABC IP, LLC, et al. v. ORION ARMS CORP. d/b/a ORION WHOLESALE* | **Civil Action No. 4:26-cv-01110-ALM** |
| *ABC IP, LLC, et al. v. PARA BELLUM RESEARCH LAB LLC, et al.* | **Civil Action No. 4:26-cv-01008-ALM** |
| *ABC IP, LLC, et al v. PEAK TACTICAL, LLC d/b/a PARTISAN TRIGGERS, et al.* | **Civil Action No. 4:26-cv-00698-ALM** |
| *ABC IP, LLC et al. v. PEMBLETON AND SONS' LLC* | **Civil Action No. 4:26-cv-00992-ALM** |
| *ABC IP, LLC, et al. v. PISTOLCAP LIMITED COMPANY, d/b/a FRISCO GUNS, et al.* | **Civil Action No. 2:26-cv-00053-ALM** |
| *ABC IP, LLC, et al. v. PROSOURCE FIREARMS, LLC* | **Civil Action No. 2:26-cv-00055-ALM** |
| *ABC IP, LLC, et al. v. QUICK RESPONSE FIREARMS et al.* | **Civil Action No. 4:26-cv-00944-ALM** |
| *ABC IP, LLC, et al. v. REDACTED ARMS, LLC* | **Civil Action No. 4:26-cv-00754-ALM** |
| *ABC IP, LLC, et al. v. REDACTED INDUSTRIES LLC* | **Civil Action No. 4:26-cv-01450-ALM** |
| *ABC IP, LLC, et al. v. ROKC LLC d/b/a RAINIER ARMS* | **Civil Action No. not listed in Test 2** |
| *ABC IP, LLC, et al. v. SGC, LLC d/b/a SCOTTSDALE GUN CLUB, et al.* | **Civil Action No. 4:26-cv-00694-ALM** |
| *ABC IP, LLC, et al. v. SHALO TEK, INC., et al.* | **Civil Action No. 4:26-cv-01123-ALM** |
| *ABC IP, LLC et al. v. SHOOTING TARGETS USA, LLC et al.* | **Civil Action No. 4:26-cv-00799-ALM** |

| | |
|---|---|
| *ABC IP, LLC et al. v. SKER INDUSTRIES* | **Civil Action No. 4:26-cv-00928-ALM** |
| *ABC IP, LLC et al. v. PAUL MICHAEL GUY d/b/a/ SOUTHERN CUSTOMS GUNS & AMMO* | **Civil Action No. 4:26-cv-01250-ALM** |
| *ABC IP, LLC, et al. v. SPORTS SOUTH LLC, et al.* | **Civil Action No. 4:26-cv-01135-ALM** |
| *ABC IP, LLC, et al. v. STAR DEVELOPMENT LLC, et al.* | **Civil Action No. 4:26-cv-01136-ALM** |
| *ABC IP, LLC, et al. v. STARK80, et al.* | **Civil Action No. 4:26-cv-01018-ALM** |
| *ABC IP, LLC, et al. v. STRYKE GUNWORKS, LLC* | **Civil Action No. 4:26-cv-01001-ALM** |
| *ABC IP, LLC, et al. v. SUPER SAFE SOLUTIONS, LLC, et al.* | **Civil Action No. 4:26-cv-01086-ALM** |
| *ABC IP, LLC, et al. v. SUPERIOR FIREARMS OF TEXAS, LLC* | **Civil Action No. 2:26-cv-00058-ALM** |
| *ABC IP, LLC, et al. v. TACTICAL GEAR HEADS d/b/a 80-LOWERS.COM AND 80% LOWERS* | **Civil Action No. 4:26-cv-01446-ALM** |
| *ABC IP, LLC, et al. v. TACTICAL SOLUTIONS GROUP, LLC, et al.* | **Civil Action No. 4:26-cv-00735-ALM** |
| *ABC IP, LLC, et al. v. TGR SERVICES, LLC, d/b/a MISSION RIDGE LLC & MISSION RIDGE RANGE & ACADEMY LLC, f/k/a TEXAS GUN RANGE OPERATORS LLC, et al.* | **Civil Action No. 4:26-cv-00680-ALM** |
| *ABC IP LLC et al. v. TRINITY TRIGGER LLC* | **Civil Action No. 4:26-cv-00936-ALM** |
| *ABC IP, LLC, et al. v. VANCE OUTDOORS INC., d/b/a SPORTSMAN OUTDOOR SUPERSTORE, et al.* | **Civil Action No. 4:26-cv-01009-ALM** |
| *ABC IP, LLC, et al. v. VELOCITY AMMUNITION SALES LLC, et al.* | **Civil Action No. 4:26-cv-00954-ALM** |

| | |
|---|---|
| *ABC IP, LLC, et al. v. WEBCORP, INC. d/b/a TACTICAL SHIT/ LIBERAL TEARS/SIGGLOCKINCOLT.COM, et al.* | **Civil Action No. 4:26-cv-00768-ALM** |
| *ABC IP, LLC, et al. v. WMI LLC, et al.* | **Civil Action No. 4:26-cv-01372-ALM** |
| *ABC IP, LLC, et al. v. WOTJEK LLC d/b/a WOJTEK WEAPONRY, et al.* | **Civil Action No. 4:26-cv-01447-ALM** |
| *ABC IP, LLC, et al. v. Z3 PRODUCTIONS, LLC, d/b/a Z3PRO* | **Civil Action No. 4:26-cv-00367-ALM** |

## NOTICE OF APPEARANCE OF BRET T. WINTERLE

Please take notice that the undersigned attorney is admitted to this Court and hereby enters his appearance of counsel on behalf of Plaintiffs and Counterclaim-Defendants ABC IP, LLC, Rare Breed Triggers, Inc., and RBTM LLC; and Defendants and Counterclaim-Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc., and Defendant Lawrence DeMonico. Counsel consents to electronic service of all papers in this action.

DATED: October 8, 2026

Respectfully submitted,

*/s/ Bret T. Winterle*

Bret T. Winterle
Texas Bar No. 24084249
**FISH & RICHARDSON, P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
E-mail: winterle@fr.com
Tel: (214) 747-5070
Fax: (214) 747-2091

*Attorneys for Plaintiffs/Counterclaim-Defendants ABC IP, LLC, Rare Breed Triggers, Inc., and RBTM LLC; and Defendants/Counterclaim-Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc., and Defendant Lawrence DeMonico*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on October 8, 2026, and was served via CM/ECF on all counsel of record.

*/s/ Bret T. Winterle*
Bret T. Winterle